Broderick **PATTERSON**,
Plaintiff–Appellant,

v.

**GLADHILL, Jr.; Wayne Webb; J. Snyder, CO II; Lt. Boward; Tasker, CO II; Vincent, CO II; Grossnickle, CO II; Sgt. Wynkoop; Captain Manuel; Captain Martin; R. Lewis, CO II; Emerick, CO II; Wiland, CO II; McGowan, CO II; Pumphrey, CO II; Sgt. Donia; Atherton, CO II; Grubbs, CO II; Mason, CO II, Defendants–Appellees,**

and

**John Doe, # 1; John Doe, # 2, Defendants.**

No. 15–6552.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2015.

Decided: Sept. 14, 2015.

Broderick Patterson, Appellant Pro Se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Broderick Patterson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patterson v. Gladhill*, No. 8:14–cv–00026–DKC, 2015 WL 1186575 (D.Md. Mar. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*